UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAST, | No. 2:23-cv-1428 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOHN D'AGOSTINI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, in an action brought under 42 U.S.C. § 1983. On October 3, 2023, plaintiff was granted leave to proceed as to defendants Chapman and Cameron, or plaintiff could opt to file a second amended complaint and delay service of process. On October 20, 2023, plaintiff filed a notice of election form, opting to file a second amended complaint. However, plaintiff did not file a complete second amended complaint. Rather, plaintiff filed a letter explaining that one of the exhibits he provided was not a journal but was a daily log that contained the names of witnesses as well as officers and nurses.

It is unclear whether plaintiff intended this filing to be a proposed second amended complaint. However, the document does not constitute an amended complaint. Accordingly, plaintiff will be granted an extension of time to file a second amended complaint that complies with the October 3, 2023 screening order. Moreover, plaintiff is required to file his second amended complaint on the court's form. This will ensure that plaintiff includes all allegations

1

and information needed.

Plaintiff is advised that any second amended complaint must clearly identify each defendant and the action that each defendant took that violated constitutional rights. The court is not required to review exhibits to identify a defendant or to determine what plaintiff's charging allegations are as to each named defendant. Instead, charging allegations as to each named defendant must be set forth in the second amended complaint so defendants have fair notice of the claims plaintiff is presenting.

Finally, plaintiff is not required to append exhibits to his pleading. Plaintiff may, however, ask the court to append exhibits previously submitted with prior pleadings. (ECF No. 7 at 7-11.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to file a second amended complaint.

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

   a. The completed Notice of Amendment; and

   b. An original of the Second Amended Complaint.

Plaintiff's second amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The second amended complaint must also bear the docket number assigned to this case and must be labeled "Second Amended Complaint." Plaintiff shall file his second amended complaint on the court's form complaint.

3. Failure to comply with this order will result in a recommendation that plaintiff's second claim and his claim against the jail be dismissed without prejudice, and this action will proceed solely on plaintiff's Eighth Amendment claims against defendants Chapman and Cameron contained in his first amended complaint.

////

////

////

4. The Clerk of the Court shall send plaintiff the form for filing a civil rights complaint by a prisoner.

Dated: November 1, 2023

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cast1428.36

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAST,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN D'AGOSTINI, et al.,<br><br>  Defendants. | No.  2:23-cv-1428 KJN P<br><br>NOTICE OF AMENDMENT |

Plaintiff appends his amended complaint.

DATED:

_____
                    Plaintiff