UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAST, | No. 2:23-cv-1428 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOHN D'AGOSTINI, et al., | |
| Defendants. | |

Plaintiff, a former county jail inmate, is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed September 29, 2023, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On December 22, 2023, plaintiff submitted the USM-285 forms but failed to file a completed summons and the copies of the operative complaint. Plaintiff is granted the opportunity to provide the necessary forms so that service of process can be ordered.

On December 22, 2023, plaintiff filed a letter directed to the Clerk of the Court, complaining of conditions of confinement, and medical care provided at the El Dorado County Correctional Facility. (ECF No. 16.) Plaintiff also lodged complaints about the grievance process at the facility. Plaintiff asks for a "thorough investigation," acknowledgement of his

1

mistreatment, and urged the court to "consider the need for improved training and protocols for medical staff" at the facility. (ECF No. 16 at 2.) Plaintiff is advised that the court does not investigate claims or complaints by litigants and the court also holds no supervisory control over the El Dorado County Correctional Facility. Rather, the El Dorado County Sheriff is in charge of the correctional facility, and any complaints or requests for investigation should be submitted to the sheriff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of the November 17, 2023 second amended complaint (ECF No. 13); and

2. Within thirty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, along with the three copies of the November 17, 2023 second amended complaint required to effect service.

Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated:  December 28, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cast1428.8f

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAST | No. 2:23-cv-1428 KJN P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| JOHN D'AGOSTINI, et al., | |
| Defendants. | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed November 29, 2023, as later amended:  three copies of the second amended complaint.

\_\_\_\_ copies of the _____
                            Second Amended Complaint

DATED:

                                       _____
                                            Plaintiff