UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAST, | No. 2:23-cv-1428 KJN P |
| Plaintiff, | |
| v. | ORDER and FINDINGS AND RECOMMENDATIONS |
| JOHN D'AGOSTINI, et al., | |
| Defendants. | |

By an order filed December 28, 2023, this court ordered plaintiff to complete and return to the court, within thirty days, the Notice of Submission of Documents, along with the three copies of the second amended complaint required to effect service on defendants. Plaintiff was warned that failure to return the required documents within the specified time period would result in a recommendation that this action be dismissed. (ECF No. 17 at 2.) The thirty-day period has since passed, and plaintiff has not responded in any way to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 31, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cast1428.fusm